# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 13, 2022

## NO. 03-22-00187-CV

**J. M. and R. A. G., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 428TH DISTRICT COURT OF HAYS COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND KELLY**
**AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the decree terminating parental rights signed by the trial court on April 20, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the decree. Therefore, the Court affirms the trial court's termination decree. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.